IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01234-RPM

CINDY COX-SIEDLARZ,

    Plaintiff,

FIRST NATIONAL BANK of STRASBURG, a Colorado Banking Corp.,
GUARANTY BANK AND TRUST COMPANY, a Colorado Banking Corp.,
CENTENNIAL BANK HOLDINGS, INC., a parent of First National Bank of Strasburg
and Guaranty Bank and Trust, and
GUARANTY CORP., a parent of First National Bank Strasburg and Guaranty Bank
and Trust Company,

    Defendants.

_____

ORDER GRANTING STIPULATED MOTION TO AMEND COMPLAINT
_____

    The Court, having reviewed the Plaintiff's Stipulated Motion to Amend Complaint, filed September 22, 2005, and Plaintiff's First Amended Complaint, it is

    ORDERED that the Stipulated Motion to Amend Complaint is granted and the Amended Complaint tendered therewith is ordered filed.

    Dated: September 23rd , 2005

                                            BY THE COURT:

                                            s/ Richard P. Matsch
                                            _____
                                            Richard P. Matsch, Senior District Judge