IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-01234-RPM

CINDY COX-SIEDLARZ,

        Plaintiff,

v.

FIRST NATIONAL BANK OF STRASBURG,
a Colorado Banking Corp.,
GUARANTY BANK AND TRUST COMPANY,
a Colorado Banking Corp.,
CENTENNIAL BANK HOLDINGS, INC.,
a parent of First National Bank of Strasburg
and Guaranty Bank and Trust, and
GUARANTY CORP., a parent of First National Bank of Strasburg
and Guaranty Bank and Trust Company

        Defendants.

---

## ORDER SETTING SCHEDULING CONFERENCE

Pursuant to D.C.COLO.LCivR 16.2A and 29.1, it is

ORDERED that a scheduling conference will be held on **October 18, 2005, at 3:00 p.m.** in Courtroom A, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **www.cod.uscourts.gov/judges_frame.htm** and use the format provided with those instructions.  Proposed orders are to be double-spaced.  In addition, the

proposed Scheduling Order in WordPerfect format shall be submitted by e-mail to

**Matsch_Chambers@cod.uscourts.gov**.

Dated: September 26th, 2005

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge