**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 05-cv-1234-RPM-OES

CINDY COX-SIEDLARZ,

    Plaintiff,

vs.

FIRST NATIONAL BANK OF STRASBURG and GUARANTY BANK & TRUST COMPANY,

    Defendants.

## ORDER RE: STIPULATED MOTION TO AMEND CAPTION

THIS MATTER having come before the Court on the parties' Stipulated Motion to Amend Caption, and the Court being fully advised in the premises therefor, hereby

ORDERS that said stipulated motion is hereby **granted** and the caption shall be amended, as shown above, to reflect that all claims against Centennial Bank Holdings, Inc. and Guaranty Corporation are dismissed with prejudice, and that the only parties remaining as Defendants in this lawsuit are First National Bank of Strasburg and Guaranty Bank & Trust Company. The parties are to bear their own costs and attorneys fees.

DATED this 17th day of January, 2006.

                                                          By the Court:

                                                          s/Richard P. Matsch
                                                          _____
                                                          Senior U.S. District Court Judge