**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 05-cv-1234-RPM-OES

CINDY COX-SIEDLARZ,

    Plaintiff,

vs.

FIRST NATIONAL BANK OF STRASBURG, GUARANTY BANK & TRUST COMPANY, CENTENNIAL BANK HOLDINGS, INC., and GUARANTY CORPORATION,

    Defendants.

## ORDER RE: STIPULATION TO DISMISS

THIS MATTER having come before the Court on the stipulation of the relevant parties, and the Court being fully advised in the premises therefor, hereby

ORDERS the dismissal of all claims in this action against Centennial Bank Holdings, Inc., and Guaranty Corporation, with prejudice. The parties are to bear their own costs and attorneys fees.

DATED this 17th day of January, 2006.

                                              BY THE COURT:
                                              s/Richard P.Matsch

                                              _____
                                              Senior U.S. District Court Judge