IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-01234-RPM

CINDY COX-SIEDLARZ,

        Plaintiff,

v.

FIRST NATIONAL BANK OF STRASBURG,
a Colorado Banking Corp.,
GUARANTY BANK AND TRUST COMPANY,
a Colorado Banking Corp.,

        Defendants.

**Minute Ordered Entered by Senior District Judge Richard P. Matsch:**

s/M.V. Wentz
 Secretary

     The stipulation for extension of time to respond to discovery requests (Doc. #26) is granted to and including April 7, 2006.

DATED: March 30, 2006