

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01234-RPM-OES

CINDY COX-SIEDLARZ,

    Plaintiff,

vs.

FIRST NATIONAL BANK OF STRASBURG, and GUARANTY BANK & TRUST COMPANY,

    Defendants.

## ORDER RE: UNOPPOSED MOTION FOR LEAVE TO FILE SUPPLEMENT TO BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

THIS MATTER having come before the Court on Defendant Guaranty Bank & Trust Company's Unopposed Motion for Leave to File Supplement to Brief in Support of Motion for Summary Judgment, and the Court being fully advised in the premises therefor, hereby

ORDERS that said motion is **granted,** and the Clerk is hereby directed to file the Supplement to Brief in Support of Motion for Summary Judgment attached thereto.

DATED this 24th day of October, 2006.

BY THE COURT:

U.S. District Court Judge Richard P. Matsch

3621470_1.DOC