IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-01234-RPM

CINDY COX-SIEDLARZ,

           Plaintiff,

v.

GUARANTY BANK AND TRUST COMPANY,
a Colorado Banking Corp.,

           Defendant.

_____

## ORDER SETTING PRETRIAL CONFERENCE
_____

      The Court having determined that this case is now ready to be set for a pretrial conference, it is

      ORDERED that a pretrial conference is scheduled for **May 18, 2007, at 11:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**.

      The original and one copy of the proposed Final Pretrial Order shall be delivered in paper form directly to chambers by **May 10, 2007.**

      Dated: March 29th , 2007

                        BY THE COURT:

                        s/Richard P. Matsch
                        _____
                        Richard P. Matsch, Senior District Judge