IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-01234-RPM

CINDY COX-SIEDLARZ,

    Plaintiff,

v.

GUARANTY BANK AND TRUST COMPANY,
a Colorado Banking Corp.,

    Defendant.


**Minute Order Entered by Senior District Judge Richard P. Matsch:**


s/J. Chris Smith
 Deputy Clerk


    The Unopposed Motion to Vacate and Reset the Pretrial Conference, filed April 10, 2007 [48], is granted.  The Pretrial Conference scheduled May 18, 2007 at 11:00 a.m. is vacated and reset to July 10, 2007 at 10:00 a.m.


Dated:   April 19, 2007