IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-01234-RPM

CINDY COX-SIEDLARZ,

    Plaintiff,

v.

GUARANTY BANK AND TRUST COMPANY,
a Colorado Banking Corp.,

    Defendant.

**Minute Order Entered by Senior District Judge Richard P. Matsch:**

s/M. V. Wentz
 Secretary

    The Unopposed Motion to Vacate and Reset the Pretrial Conference, filed June 19, 2007 [51], is granted.  The Pretrial Conference is **rescheduled for August 16, 2007, at 2:30 p.m.**

Dated:   June 29, 2007