IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01234-RPM-OES

CINDY COX-SIEDLARZ,

    Plaintiff,

vs.

GUARANTY BANK & TRUST COMPANY,

    Defendant.

## ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

The Court, having reviewed the Joint Stipulation for Dismissal with Prejudice, and being fully advised in the matter, GRANTS the stipulation . Plaintiff's claims against Guaranty Bank & Trust Company are dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Dated this 3rd day of August, 2007.

        BY THE COURT:

        s/Richard P. Matsch

        _____
        District Court Judge

3736249_1.DOC